UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBLY ARNOLD and RONALD DUNHAM II,<br><br>Plaintiffs,<br><br>v.<br><br>LIONS CLUB INTERNATIONAL ASSOCIATION, et al.,<br><br>Defendants. | No. 2:24-cv-2095 DAD AC PS<br><br><br>ORDER |

On August 8, 2024, plaintiffs filed a complaint, and plaintiff Kimbly Arnold filed a motion to proceed in forma pauperis ("IFP"). ECF Nos. 1 and 2. On October 18, 2024, the undersigned granted the motion to proceed IFP but rejected the complaint with leave file an amended complaint within 30 days, pursuant to the screening process required by the IFP statute. ECF No. 3. The undersigned also directed plaintiff Ronald Dunham to file a motion to proceed IFP or pay the filing fee. Id. Plaintiffs did not file an amended complaint and plaintiff Dunham has taken no action regarding the filing fee.

Good cause appearing, IT IS HEREBY ORDERED that plaintiffs shall show cause, in writing, within 14 days, why their failure to file an amended complaint should not result in a recommendation that this case be dismissed for failure to prosecute. The filing of an amended complaint within this timeframe will serve as cause and will discharge this order. If plaintiff fails

1

1 | to respond, the court will recommend dismissal of this case pursuant to Local Civil Rule 110.
2 |     IT IS SO ORDERED.
3 | DATED: January 23, 2025

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE