UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBLY ARNOLD AND ROLAND DUNHAM II,<br>Plaintiffs,<br>v.<br>LIONS CLUB INT'L ASSOC., et al.,<br>Defendants. | No. 2:24-cv-2095 DAD AC (PS)<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION WITH PREJUDICE</u><br><br>(Doc. No. 12) |

Plaintiff initiated this civil action by filing a complaint on August 2, 2024, and proceeds *pro se* and *in forma pauperis*. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(21).

On June 12, 2025, the assigned magistrate judge screened plaintiff's first amended complaint and determined it to be deficient on its face because complete diversity among the named parties was lacking and the only basis for this court's jurisdiction over the matter was diversity of citizenship jurisdiction. (Doc. No. 12 at 3–4.) The magistrate judge also found that in light of this court's lack of jurisdiction, the pleading deficiency could not be cured by amendment and that further leave to amend should therefore be denied as futile. (Id. at 4.)

The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within twenty-one (21) days of service. (*Id.*) Plaintiff has not

filed any objections or otherwise communicated with the court, and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued June 2, 2025 (Doc. No. 12), are adopted in full;
2. This case is DISMISSED in its entirety for lack of federal jurisdiction; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **October 15, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE